IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHLEEN HERLIHY-PAOLI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil No. 3:12-CV-04975-K |
| | § | |
| DEPUY ORTHOPAEDICS INC. et al, | § | |
| | § | |
| Defendants. | § | |

## JURY NOTE #1

Response to your note regarding Dr. Allmacher's deposition transcript:

Although Dr. Allmacher's testimony is evidence you may consider, the entire deposition transcript is not in evidence and will not be made available to you.

SO ORDERED.

Signed October 23rd, 2014.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

-1-

WE WOULD LIKE TO SEE DR ALLMACHER
DEPOSITION TRANSCRIPT IF POSSIBLE PLEASE

9:25  10-23-14